Pro Se 5 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

JUL 2 0 2023

CLERK, U.S. DISTRICT COURT
By _____
Deputy

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**5-23CV-156-C**

Case No. _____

*(to be filled in by the Clerk's Office)*

Anthony B. Wiley
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Debra Jennings
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Anthony B. Wiley

Address    2600 S. Sunset ave

Littlefield    Texas    79339
City    State    Zip Code

County    Lamb

Telephone Number    806- 485- 8100

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Ms. Debra Jennings

Job or Title *(if known)*    Property staff

Address    2600 S. Sunset ave

Littlefield    Texas    79339
City    State    Zip Code

County    Lamb

Telephone Number    806- 485-8100

E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    _____

Job or Title *(if known)*    _____

Address    _____

_____
City    State    Zip Code

County    _____

Telephone Number    _____

E-Mail Address *(if known)*    _____

☐ Individual capacity    ☐ Official capacity

Going before I call on "ICS" I told May to come on so things would not get worse. Later on July 10, 2023 Jennings came to the secure Management unit at the Texas Civil Commitment Center. I asked Jennings again "can I please have my pictures back." She responded "I already told your black ass that if you wouldn't call me names I wouldn't lose your shit." At that time I told her that I was going to "make her pay" by filing a "law suit" on her. She responded by stating "We'll see what else of yours comes up missing." That was at 0700 hours in the morning. Later that day on July 10th 2023 on my inventory sheet filled out by Ms Jennings I was missing my eye glasses, eye glasses case, Blue Jean shorts, Brown shorts, socks, pink ruler, Jar Vaseline, Vaseline lotion cream, two Adapter, nail clipper, GPX hand Radie, small music outlet This was heard by Jonnathan Ockley

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                              _____
    Job or Title *(if known)*   _____
    Address                          _____
                                    _____
                                    *City*        *State*       *Zip Code*
    County                        _____
    Telephone Number     _____
    E-Mail Address *(if known)*  _____

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name                              _____
    Job or Title *(if known)*   _____
    Address                          _____
                                    _____
                                    *City*        *State*       *Zip Code*
    County                        _____
    Telephone Number     _____
    E-Mail Address *(if known)*  _____

☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Procedural and Substantive Due Process and Equal Protections United States Constitution Fourteenth Amendment*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

D. Jennings preforms a government function handling personal property for Management and Training Corp. the contractor for Texas Civil Commitment Office to run their Commitment Facility.

**III.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

On 5-21-23 my personal property was packed by Security Staff. In it contained 9 pictures. ~~————————~~ Later those pictures came-up missing, when my property was returned. On 7-10-23 "glasses, eye glass case, Blue Jean Shorts, Brown shorts, electrical adopter, Jar vaseline, ruler, lotion, Locks, and nail clippers.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

5-21-23 at 3:00 p.m or about      7-10-23 at 7:00 a.m
7-3-23 at 2:00 p.m
7-5-23 at 2:00 p.m   ~~■■■■~~

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 5-21-23 property officer Jennings received my property with 9 pictures, from Officer Cardenas. On 5-22-23 Jennings inventory my property she claimed the 9 pictures were not present though Cardenas stated he packed them, I wrote to Jennings about the missing pictures. She claimed it was in my property. On 7-3-23 I confronted Jennings about the missing pictures she told me. After some debate that maybe I can find them if you didn't call me a bitch. I asked her when did I do that and she just stated "you remember." I left but came back and talked to her on 7-6-23, I brought Alonzo inay to witness. I asked her about the pictures again. She told me that if I didn't want my stuff to come-up missing then I shouldn't call her names, I told her that I never called you any names, She said well I get "you people" confused all the time." May spoke up and said what do you mean "you people"! She said you need to get to were your own

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered depression from the racial slurs, not being able to view pictures of my family, and from the harassment by Jennings

I suffered sleepless nights from the taking of my pictures that I'll die with never being able to see them again. A nightmare that is recurrent.

I suffer from anxiety everytime Jennings comes around thinking she will retaliate on me for being black or for filing law suites that causes my whole body to lock-up, I suffer from constant headaches as a result of the anxity.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Denial of Property without Procedual Due Process U.S. 14th Amend, nominal damages $2,000 and $6,000 punitive damages

Harassment Substantive Due Process U.S. 14th Amendment $100,000 compensatory damages and $300,000 exemplery, emotional mentional and punitive damages

Retaliation and Harassment based on Race U.S. 14th Amend. $300,000 compensatory damages and $900,000 exemplery, mental emotional and punitive damages

Retaliation access to the Courts 1st and 14th U.S. Amend. $50,000 compensatory and $150,000 exemplery, mental, emotional and punitive damages

Violation of Equal Protection U.S. 14th Amendment $100,000 compensatory damages and $300,000 exemplery, mental, emotional, and punitive damages

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7-18-23 Anthony A. Wiley

Signature of Plaintiff

Printed Name of Plaintiff

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Mr. Anthony B. Wiley # 03673529

26 ...

Littlefield, TX 79339

LUBBOCK TX P&DC 794
TUE 18 JUL 2023  PM

RECEIVED
JUL 20 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail
Mailed out
7-18-23

U.S. District Clerks Office
George H. Mahon Federal Bldg.
1205 Texas Ave, Room c 209
Lubbock, Texas 79401-4091

MAILED
7-18-23